HERMAN THEAMAN, Appellant, *v.* GEORGE W. HINDELS, Respondent.

Submitted January 3, 1950; decided February 23, 1950.

*Sanford H. Cohen* for motion.

*Hans Harnik* for respondent.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.